# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UHS OF DELAWARE, INC.<br><br>    Plaintiff,<br><br>v.<br><br>UNITED HEALTH SERVICES, INC., et. al.<br><br>    Defendants. | Case No. 1:12-cv-00485<br><br>The Honorable Christopher C. Conner<br><br>Electronically Filed |

## DEFENDANT PROFESSIONAL HOME CARE, INC.'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Defendant Professional Home Care, Inc. ("Defendant PHCI")[1] by their undersigned counsel, hereby submits the following Motion to Dismiss For Failure to State a Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6) and sets forth as follows:

---

[1] Defendants United Health Services, Inc., United Health Services Hospitals, Inc., Delaware Valley Hospital, Inc., Twin Tier Home Health, Inc., Ideal Senior Living Center, Inc., Ideal Senior Living Center Housing Corporation, United Medical Associates, P.C., and United Health Services Foundation, Inc. have filed a separate Motion to Dismiss the Second Amended Complaint on other grounds.

1. Plaintiff UHS of Delaware, Inc. ("Plaintiff") filed the present action on March 16, 2012, against Defendant UHSI. The Complaint was served on April 30, 2012. Pursuant to an unopposed motion, Plaintiff obtained leave to file a Second Amended Complaint on June 6, 2012. Additional defendants and an additional cause of action were added to the Second Amended Complaint. Pursuant to this Court's Order, Defendants' time to respond to the Second Amended Complaint was extended until July 3, 2012.

2. The Second Amended Complaint should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim as to Defendant PHCI, as will be more fully demonstrated in Defendant's Memorandum of Law in Support.

WHEREFORE, Defendant respectfully requests this Court to dismiss Plaintiff's Second Amended Complaint with prejudice.

Dated: July 3, 2012                                                      Respectfully submitted,


                                                                          __/s/ *Allen C. Warshaw*___

                                                                          Allen C. Warshaw (Bar No.17145 )
                                                                          Rhoads & Sinon LLP
                                                                          One South Market Square, 12th Floor
                                                                          Harrisburg, PA  17108-1146
                                                                          Telephone:  (717) 237-6768

Fax: (717) 238-8623
E-Mail: awarshaw@rhoads-sinon.com
*Attorneys for Defendants United Health Services, Inc., United Health Services Hospitals, Inc., Delaware Valley Hospital, Inc., Twin Tier Home Health, Inc., Ideal Senior Living Center, Inc., Ideal Senior Living Center Housing Corporation, United Medical Associates, P.C., Professional Home Care, Inc., and United Health Services Foundation, Inc.*

| | |
|---|---|
| Robert A. Gutkin (Pro Hac Vice)<br>Andrews Kurth LLP<br>1350 I Street, NW, Suite 1100<br>Washington, DC 20005<br>202.662.2785 Phone<br>202.974.9536 Fax<br>robertgutkin@andrewskurth.com | Michele P. Schwartz (Pro Hac Vice To be Filed)<br>Andrews Kurth LLP<br>1717 Main Street, Suite 3700<br>Dallas, TX 75201<br>214.659.4578 Phone<br>214.659.4401 Fax<br>micheleschwartz@andrewskurth.com |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UHS OF DELAWARE, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED HEALTH SERVICES, INC., et. al.<br><br>　　　　Defendants. | Case No. 1:12-cv-00485<br><br>The Honorable Christopher C. Conner<br><br>Electronically Filed |

## CERTIFICATE OF NON-CONCURRENCE

The undersigned hereby certifies that counsel for Defendant Professional Home Care, Inc., has conferred with counsel for Plaintiff, in a good faith attempt to resolve the matter of this Motion without Court intervention but was unable to reach any agreement.  Plaintiff opposes this Motion.

Dated: July 3, 2012　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**/s/ *Allen C. Warshaw*_**
　　　　　　　　　　　　　　　　　　　　　Allen C. Warshaw

# **CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO RULE 12(b)(6) was served this 3rd day of July 2012 on the following, by first class mail, postage prepaid and ECF filing:

Counsel for Plaintiff UHS of Delaware, Inc.

Robert C. Van Arnam
Williams Mullen P.C.
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601

William P. Dickinson , III
Williams Mullen P.C.
200 South 10th Street, Suite 1600
Richmond, VA 23219

Thomas B. Schmidt , III
Tucker R. Hull
Pepper Hamilton, LLP
Suite 200, 100 Market Streets
P.O. Box 1181
Harrisburg, PA 17108-1181

/s/ *Allen C. Warshaw*
Allen C. Warshaw