IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UHS OF DELAWARE, INC.,** | : | CIVIL ACTION NO. 1:12-CV-485 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **UNITED HEALTH SERVICES, INC.,** *et al.*, | : | |
| | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 10th day of February, 2015, upon consideration of the Rule 12(b)(2) motion (Doc. 23) to dismiss filed collectively by defendants United Health Services, Inc., ("UHSI"), United Health Services Hospitals ("UHSHI"), Delaware Valley Hospital, Inc., ("DVH"), Twin Tier Home Health ("TTHH"), Ideal Senior Living Center, Inc., ("ISLC"), Ideal Senior Living Center Housing Corporation, ("ISLCHC"), and United Medical Associates, P.C. ("UMA"), seeking dismissal of plaintiff's second amended complaint for lack of personal jurisdiction, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 23) is DENIED.

2. The parties are DIRECTED to meet and confer regarding a proposed pre-trial schedule, to include discovery and Rule 56 motion deadlines, and jointly file the same with the court within twenty (20) days of the date of this order.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania