IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UHS OF DELAWARE, INC.,** | : | CIVIL ACTION NO. 1:12-CV-485 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **UNITED HEALTH SERVICES, INC.,** *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 19th day of November, 2015, upon consideration of the motion (Doc. 125) by plaintiff UHS of Delaware, Inc., ("UHS Delaware") to dismiss Counts I, II, and III of the counterclaim (Doc. 114) filed by defendant United Health Services, Inc., ("United Health Services"), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. UHS Delaware's motion (Doc. 125) is GRANTED.

2. Counts I, II, and III of United Health Services' counterclaim (Doc. 114) are DISMISSED without prejudice.

3. United Health Services is granted leave to amend its counterclaim within twenty (20) days of the date of this order, consistent with the above paragraphs and the accompanying memorandum. In the absence of a timely filed amended counterclaim, this matter will proceed on UHS Delaware's second amended complaint (Doc. 14-3) and Counts IV and V of United Health Services' present counterclaim (Doc. 114).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania