IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UHS OF DELAWARE, INC.,** : | CIVIL ACTION NO. 1:12-CV-485 |
|   : | |
| Plaintiff    : | (Chief Judge Conner) |
|   : | |
| v.    : | |
|   : | |
| **UNITED HEALTH SERVICES,** : | |
| **INC.,** *et al.*,   : | |
|   : | |
| Defendants    : | |

### ORDER

AND NOW, this 29th day of December, 2016, upon consideration of the motion (Doc. 150) for summary judgment filed by plaintiff UHS of Delaware, Inc. ("UHS Delaware"), and the motion (Doc. 151) for partial summary judgment filed by defendants United Health Services, Inc., United Health Services Hospitals, Inc., Professional Home Care, Inc., Twin Tier Home Health, Inc., Ideal Senior Living Center, Inc., Ideal Senior Living Center Housing Corporation, Inc., Delaware Valley Hospital, Inc., and United Medical Associates (collectively "defendants"), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. UHS Delaware's motion (Doc. 150) for summary judgment is DENIED.

2. Defendants' motion (Doc. 151) for partial summary judgment is GRANTED as to UHS Delaware's federal and common law unfair competition claims in Counts II and IV of the second amended complaint (Doc. 14-3) but is DENIED in all other respects.

3. Entry of judgment on Counts II and IV of the second amended complaint (Doc. 14-3) is DEFERRED pending trial on the remaining claims *sub judice*.

4. The parties are directed to meet and confer with the goal of developing an appropriate schedule for further proceedings. On or before **Monday, January 9, 2017**, the parties shall submit a joint proposed pretrial and trial schedule, specifically identifying the anticipated length of trial, to the court or, in the event the parties are unable to agree, shall submit individual proposed schedules for the court's consideration.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania